JAMES LITTRELL et al., Respondents, *v.* THE ALLEMANIA FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al., Appellants.

(Argued April 19, 1929; decided May 3, 1929.)

*Charles B. Sullivan* for appellants.
*John J. McMullen* for respondents.

Order of the Appellate Division reversed and judgment of the Special Term affirmed, with costs in this court and in the Appellate Division. First and second questions certified answered in the negative; and the third question not answered; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.